IN THE UNITED STATES DISTRICT COURT
FOR THE WESTERN DISTRICT OF TEXAS
AUSTIN DIVISION

| | | |
|---|---|---|
| JUAN ANTONIO LINARES GUTIERREZ, | § | |
| | § | |
| *Petitioner*, | § | |
| | § | No. 1:26-CV-01946-DAE |
| v. | § | |
| | § | |
| DIRECTOR OF THE T. DON HUTTO DETENTION CENTER, et al., | § | |
| | § | |
| *Respondent*. | § | |

ORDER FOR SUPPLEMENTAL BRIEFING

Before the Court is Petitioner Juan Antonio Linares Gutierrez's ("Petitioner") Petition for Writ of Habeas Corpus under 28 U.S.C. § 2241 ("the Petition") (Dkt. # 1), and Federal Respondents' Response (Dkt. # 7). The Court requires more information before it can rule on the Petition.

**IT IS THEREFORE ORDERED** that, **on or before 12:00 p.m. on Tuesday, July 28, 2026**, Federal Respondents shall file supplemental briefing with answers to the following questions:

1. Petitioner provided the Court with a copy of his I-94 including an "Admit Until Date" of July 29, 2026. (Dkt. # 1 at 14.) Federal Respondents provided their own I-94 with an "Admit Until Date" of April 24, 2026. (Dkt. 7-2 at 1.) Was this date changed while Petitioner was paroled into the country? If so, was Petitioner provided with notice of such a change? What other process was Petitioner afforded with respect to this modified expiration date?

2. On what date was Petitioner transferred to the California City Immigration Processing Center in California City, California?

**IT IS FURTHER ORDERED** that, **within fourteen days of receipt of this Order,** Petitioner shall file supplemental briefing with answers to the following questions:

1. After Petitioner was paroled into the country on or around July 31, 2024, did Petitioner comply with the conditions of his parole (i.e., reporting requirements to ICE, check-ins, court dates, etc.)?

2. Federal Respondents provided documentation that Petitioner's parole expired on April 24, 2026, while the documentation provided by Petitioner states that Petitioner's parole expired on July 29, 2026. Did Petitioner receive notice of this change?

3. Federal Respondents state that Petitioner was detained by ICE after Petitioner was released from the Hays County jail related to an arrest for driving while intoxicated and evading arrest or detention from a police officer. (Dkt. # 7 at 2–3.) Does Petitioner have any pending (i.e., open) criminal cases? If so, what are the statuses of those cases?

4. Does Petitioner have any criminal convictions? If so, please provide additional information.

5. Please describe further the connections has Petitioner established with the United States, if any, and the ways in which Petitioner has engaged with his community here. Petitioner need not provide any identifying details, such as the names or addresses of residences or places of employment, but may instead write generally about his connections to his community.

The Clerk is **INSTRUCTED** to transmit a copy of this Order via certified mail, return receipt requested, to Petitioner at the California City Immigration Processing

Center, 22844 Virginia Boulevard, California City, CA, 93505, **AND** to the T. Don Hutto Detention Center.

**IT IS SO ORDERED**.

**DATED**: Austin, Texas, July 21, 2026.

David Alan Ezra
Senior United States District Judge